UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Southern Division

FILED
'97 APR 29 PM 3: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE:                                        )
                                              )
SILICONE GEL BREAST IMPLANT                   )        Master File No. CV-92-P-10000-S
PRODUCTS LIABILITY LITIGATION                 )
(MDL 926)                                     )
                                              )        ENTERED
_____ )
                                                       APR 3 0 1997

## ORDER

On April 27, 1997, Edgar C. Gentle, III, the Escrow Agent for the MDL 926 Settlement

Fund, provided notice to the Settling Defendants, Dow Corning Corporation, Settlement Class

Counsel, the Investment Committee and the Court of a proposed disbursement by the Settlement

Fund of $7,500.00 to Randy E. Fox, Esq., a former Claims Assistance Office counsel, as a

separation payment. On April 29, 1997, at 3:00 p.m., the date and time previously set for this

matter, the Court heard testimony regarding his possible payment and, having considered that

testimony and all other matters and things as it deems appropriate, the Court hereby ORDERS,

ADJUDGES AND DECREES as follows:

The MDL 926 Settlement Fund is hereby authorized, empowered and directed to remit

$7,500.00 to Randy E. Fox, Esq. in exchange for a full release of the MDL 926 Settlement Fund,

the Common Benefit Litigation Expense Fund, and related law firms and individuals, in

connection with matters involving the Claims Assistance Office and all other past dealings with

these persons and entities. This payment shall be funded by the Settling Defendants, and shall be

allocated based upon the Settling Defendant Group Overhead Shares, as defined in the January

1, 1996 Escrow Addendum.

1930/
569

Dated this _28_ day of ___April___, 1997.

Sam C. Pointer, Jr.,
United States District Court Chief Judge