UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Southern Division

FILED
97 MAY 19 PM 1:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

In re: )
SILICONE GEL )
BREAST IMPLANT ) Master File No. CV 92-P-10000-S
PRODUCTS LIABILITY LITIGATION )
(MDL 926) )
) CV-94-P-11558-S

Lindsey

ENTERED
MAY 19 1997

**ORDER**
**(Mary Roe, 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)**

Ms. Mary Roe, through her attorney Ms. Kim E. Evers, submitted a motion to waive the requirement that the Claims Office must have received by the 30th day her withdrawal of her exclusion and her notice of participation in the settlement. The motion is hereby MOOT, because the Claims Office has already allowed Ms. Roe to participate in the settlement, and her advance payment has already been sent.

This the 19— day of May, 1997.

Chief Judge Sam C. Pointer, Jr.

Service List:

Ms. Ann Cochran, Claims Administrator
Ms. Kim E. Evers, Attorney for Claimant
Plaintiffs' Liaison Counsel
Defendants' Liaison Counsel

1946/607