FILED
97 JUN 16 PM 3: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
Southern Division

| | |
|---|---|
| IN RE:  SILICONE GEL BREAST IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 926) ) ) ) ) ) | Master File No. CV-92-P-10000-S  94-P-11558-S |

ENTERED
JUN 1 7 1997

## ORDER

On May 12, 1997, Edgar C. Gentle, III, the Escrow Agent previously appointed by the Court for the Bioplasty Settlement Fund established herein, submitted a statement from Simma, Flottemesch & Orenstein, Ltd., for accountant services rendered and expenses incurred through March 31, 1997, for the Bioplasty Product Claimants Trust (the "Trust"), to the Trustees for the Trust and the Plaintiffs' National Steering Committee.

The Court takes judicial notice of the fact that no inquiries or objections concerning the statement have been lodged. Upon reviewing the statement, the Court finds it be fair and reasonable and hereby approves it. Accordingly, the Court hereby authorizes and directs the Escrow Agent and Compass Bank, Birmingham, Alabama, the Custodian of the Bioplasty Settlement Fund, to remit to Simma, Flottemesch & Orenstein, Ltd., the amount of $964.18 from the Bioplasty Settlement Fund, constituting full payment of the statement.

DATED: _June 16_, 1997.

Chief Judge Sam C. Pointer, Jr.,
United States District Court Chief Judge