IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

(Applies to Cases in Appendix A)

### SUBSTANTIVE STIPULATION OF DISMISSAL BY WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

COMES THIS DAY Charleston Area Medical Center, Inc., a/k/a CAMC (also sued in the various actions as: Charleston Area Medical Center); Charleston Hospital, Inc., d/b/a Columbia Saint Francis Hospital, formerly known as Saint Francis Hospital, Inc. (also sued in the various actions as: St. Francis Hospital of Charleston, West Virginia, d/b/a Center City Care; St. Francis Hospital; St. Francis Hospital, Inc.); Beckley Hospital, Inc.; Princeton Community Hospital Association, Inc. (also sued in the various actions as Princeton Community Hospital); West Virginia University Hospitals, Inc.; St. Joseph's Hospital of Parkersburg, Inc. (also sued in the various actions as: St. Joseph Hospital; St. Joseph's Hospital of Parkersburg); Raleigh General Hospital, d/b/a Columbia Raleigh General Hospital, a/k/a Raleigh General Hospital, Inc.; Teays Valley Health Services, Inc., d/b/a and/or a/k/a Columbia Putnam General Hospital and/or Putnam General Hospital (also sued in the various actions as Teays Valley Health Services, Inc., d/b/a Putnam General Hospital); St. Mary's Hospital of Huntington, Inc., a/k/a St. Mary's Hospital; Cabell Huntington Hospital, Inc., a/k/a Cabell Huntington Hospital (also sued in the various actions as Cabell Huntington Hospital, Inc., d/b/a Cabell Huntington Hospital); Appalachian Regional Healthcare, Inc.; and Monongalia County General Hospital Company, (sometimes referred to as the "Hospitals" or the "Settling Hospitals") and Drs. Alfonso Amores, Ezzat Asaad, William Barnes, Marjorie Bush, Albert Capinpin, Larry Carson, Jacques Charbonniez, Theodore Cherukuri, E. Cohen, T. M. Cometa, Clemente Diaz, Generoso Divinagracia Duremedes, William Harris Epstein,

2178

B. Faibisof, Leonard A. Fichter, David Fogarty, Leland J. Foshag, Ali Garmestani, A. Frederick Gall, David B. Gray, Gene L. Hackleman, Julio Hochberg, Young Don Joo, David A. Kappel, G. A. Khalil, Donald Walter Kress, Hans S. Lee, Stephen T. O. Lee, Clyde Litton, Verne McConnell, Amabile Milano, Joseph Anthony Noronha, Edward Polack, Augusto Portillo, James E. Powers, Fred T. Pulido, Jr., J. Rogers, Pramod Shinghal, Herbert Stern, William Stewart, Lawrence W. Tarrant, John Taylor, and Frank Trupo and Parkersburg Medical Associates, (sometimes referred to as the "Physicians" or "Settling Physicians") collectively referred to as the "Settling Defendants" and Plaintiffs in the West Virginia breast implant cases identified in the attached Appendix A, by and through the undersigned Counsel and announce to the Court that all claims, matters and differences between and among plaintiffs in the cases identified in Appendix A and the above-named Settling Defendants, including consortium claims and derivative claims, have been fully adjusted, compromised and settled, and jointly move the Court for the entry of an order dismissing with prejudice any and all of the aforesaid claims against these Settling Hospitals and all aforesaid claims against these Settling Physicians to the extent to which the Settling Physicians are not covered by a policy or policies of professional liability insurance issued by the Aetna Casualty and Surety Company (hereinafter referred to as the Aetna.) The parties understand and agree that Plaintiffs identified on Appendix A reserve their claims against the Settling Physicians to the extent that the Settling Physicians are covered by a policy or policies of policies of professional liability insurance issued by the Aetna. Further, the parties understand and agree that Plaintiffs listed in Appendix A, attached hereto, reserve their claims in their respective matters against the manufacturer(s) and component manufacturer(s) of their breast implant products.

The Court, upon consideration of this announcement by the parties to the Confidential Settlement Agreement in the West Virginia Breast Implant Litigation entered into on June 27, 1997, **FINDS** that in the interests of judicial economy, to avoid piecemeal motions to remand, and to

effectuate the good faith Confidential Settlement Agreement entered into by Plaintiffs identified in the cases listed in attached Appendix A and these Settling Defendants in the Circuit Court of Kanawha County, West Virginia, before the Honorable Charles E. King, Jr., it is proper and appropriate to, and the Court does hereby **DISMISS WITH PREJUDICE**, in the West Virginia Breast Implant cases identified in the attached Appendix A, any and all claims against these Settling Hospitals and all aforesaid claims against these Settling Physicians to the extent to which the Settling Physicians are not covered by a policy or policies of professional liability insurance issued by the Aetna. The Court also **FINDS** that the reserved claims regarding the Settling Physicians and the manufacturer(s) and component manufacturer(s) set forth herein by these Plaintiffs in their respective lawsuits are **RESERVED** and, therefore, are not dismissed by the Court.

The Clerk is directed to file this Stipulation of Dismissal in all divisions in the district and to forward a certified copy of this Stipulation of Dismissal to counsel of record.

ENTERED this 14th day of Nov., 1997.

_____
Honorable Samuel C. Pointer, Jr.

Prepared and Presented By:

_____
Richard D. Jones, Esquire
Amberly A. Warner, Esquire
FLAHERTY, SENSABAUGH & BONASSO
P. O. Box 3843
Charleston WV 25338-3843
(304) 345-0200
Fax: (304) 345-0260
    Counsel for Charleston Area Medical Center, Inc., a/k/a CAMC; Charleston Hospital, Inc., d/b/a Columbia Saint Francis Hospital, formerly known as Saint Francis Hospital, Inc.; Beckley Hospital, Inc.; Princeton Community Hospital Association, Inc.; West Virginia University Hospitals, Inc.; St. Joseph's Hospital of Parkersburg, Inc.; Raleigh General Hospital, d/b/a Columbia Raleigh General Hospital, a/k/a Raleigh General Hospital, Inc.; Teays Valley Health Services, Inc., d/b/a and/or a/k/a Columbia Putnam General Hospital and/or Putnam General Hospital

Presented and Approved By:

Guy R. Bucci, Esquire
BUCCI & CHAMBERS
P.O. Box 3712
Charleston WV 25337
(304) 345-0346
Fax: (304) 345-0375
 Counsel for Some of the Claimants


J. C. Powell, Esquire
POWELL LAW OFFICES
405 Capitol Street - Suite 505
Charleston WV 25301
(304) 346-2889
Fax: (304) 346-2895
 Counsel for Some of the Claimants


Sandra A. Willis, Esquire
WILLIS & CHATTIN
P. O. Box 3547
Charleston WV 25335
(304) 344-2447
Fax: (304) 1418
 Counsel for Some of the Claimants


Sterl F. Shinaberry, Esquire
Lisa Cline, Esquire
SHINABERRY & MEADE
2018 Kanawha Boulevard, East
Charleston WV 25311
(304) 343-7561
Fax: (304) 343-1418
 Counsel for Some of the Claimants


James F. Humphreys, Esquire
Bank One Center - Suite 1113
707 Virginia Street, East
Charleston WV 25301
 Counsel for Some of the Claimants
(304) 343-4181
Fax: (304) 347-5055

H. Blair Hahn, Esquire
NESS, MOTLEY, LOADHOLT,
RICHARDSON & POOLE
P. O. Box 1137
Charleston SC 29402
(803) 577-6747
Fax: (803) 577-7513
    Counsel for All Claimants


David L. Shuman, Esquire
SHUMAN, ANNAND & POE
P. O. Box 3953
Charleston WV 25339
(304) 345-1400
Fax: (304) 343-1826
    Counsel for Augusto Portillo, M.D.; Jacques Charbonniez, M.D.; Hans Lee, M.D.; David Fogarty, M.D.; Alfonso Amores, M.D.; Ali Garmestani, M.D.; Albert Capinpin, M.D.; Theodore Cherukuri, M.D.; Clemente Diaz, M.D.


Michael M. Fisher, Esquire
OFFUTT, EIFERT, FISHER, DUFFIELD & NORD
P. O. Box 2868
Huntington WV 25728-2868
(304) 529-2868
Fax: (304) 529-2999
    Counsel for G.A. Khalil, M.D.; Parkersburg Medical Associates; Fred T. Pulido, Jr., M.D.; William Harris Epstein, M.D.


Fred Westfall, Jr., Esquire
JACOBSON, MAYNARD, TUSCHMAN & KALUR
P. O. Box 2833
Charleston WV 25330
(304) 346-0901
Fax: (304) 346-3719
    Counsel for Amabile Milano, M.D.; Hans Lee, M.D.; Jacques Charbonniez, M.D.; Lawrence W. Tarrant, M.D.; A. Frederick Gall, M.D.; Fred T. Pulido, Jr., M.D.


Joseph M. Farrell, Esquire
FARRELL, FARRELL & FARRELL
Suite 100, Chafin Building
517 9th Street
P. O. Box 6457
Huntington, WV  25772-6457

(304) 522-9100
Fax: (304) 522-9162
 Counsel for St. Mary's Hospital of Huntington, Inc., a/k/a St. Mary's Hospital


Susan Curry Brasselle, Esquire
PAULEY, CURRY, STURGEON & VANDERFORD
P. O. Box 2786
Charleston WV 25330-2786
(304) 342-6000
Fax: (304) 343-1805
 Counsel for Appalachian Regional Healthcare, Inc.


Barry M. Taylor, Esquire
JENKINS FENSTERMAKER, P.L.L.C.
P.O. Box 2688
Huntington WV  25726-2688
(304) 523-2100
Fax: (304) 523-2347
 Counsel for St. Mary's Hospital of Huntington, Inc., a/k/a St. Mary's Hospital; Cabell Huntington Hospital, Inc., a/k/a Cabell Huntington Hospital


Sprague W. Hazard, Esquire
JACOBSON, MAYNARD, TUSCHMAN & KALUR
P. O. Box 2833
Charleston WV 25330
(304) 346-0901
Fax: (304) 346-3719
 Counsel for Monongalia County General Hospital Company

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| | | CASE HISTORY | | |
|---|---|---|---|---|
| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC # | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| ABBOTT, NEDRA & LAURENCE v. DOW CORNING | 97-CV-09070 | 2:95-18988 | WVS 2:95-0590 | 93-C-2699 |
| ADKINS, NELLIE v. DOW CORNING | 97-CV-09358 | 2:95-19453 | WVS 2:95-0780 | 94-C-2347 |
| ADKINS, SHELLEY & GLENN v. DOW CORNING | 97-CV-09359 | 2:95-19454 | WVS 2:95-0781 | 94-C-2042 |
| ALDERSON, GLORIA & GRAYSON v. DOW CORNING | 97-CV-09360 | 2:95-19455 | WVS 2:95-0782 | 94-C-2348 |
| ANDERSON, ANNA & EDDIE GENE v. MEC | 97-CV-09064 | 2:95-18982 | WVS 2:95-0584 | 93-C-6051 |
| BAILEY, BETTY v. DOW CORNING | 97-CV-09363 | 2:95-19458 | WVS 2:95-0785 | 94-C-2359 |
| BAILEY, MARY LEE & HUDA v. MEC | 97-CV-09065 | 2:95-18983 | WVS 2:95-0585 | 93-C-6052 |
| BALLARD, BETTY JO v. MED | 97-CV-09073 | 2:95-18991 | WVS 2:95-0593 | 93-C-6008 |
| BARKER, MARGARET & CARMEL v. DOW CORNING | 97-CV-09364 | 2:95-19459 | WVS 2:95-0786 | 94-C-2043 |
| BASFORD, BILLIE SUE v. MEC | 97-CV-09328 | 2:95-19423 | WVS 2:95-0602 | 93-C-6054 |
| BAUGH, REBECCA & EDWARD R. v. DOW CORNING | 97-CV-09365 | 2:95-19460 | WVS 2:95-0787 | 94-C-2361 |
| BEANE, UNEVA M. & CHARLES F. v. DOW CORNING | 97-CV-09072 | 2:95-18990 | WVS 2:95-0592 | 93-C-4600 |
| BIRD, PATRICIA & RONALD v. MEC | 97-CV-09063 | 2:95-18981 | WVS 2:95-0583 | 93-C-6055 |
| BOGGESS, ANNA & CLEVELAND v. DOW CORNING | 97-CV-09361 | 2:95-19456 | WVS 2:95-0783 | 94-C-2362 |
| BOGGS, HILDA & EDMUND v. DOW CORNING | 97-CV-09367 | 2:95-19462 | WVS 2:95-0789 | 94-C-2363 |
| BOGGS, LINDA & RONALD v. DOW CORNING | 97-CV-09366 | 2:95-19461 | WVS 2:95-0788 | 94-C-2045 |
| BONECUTTER, DARLENE v. BRISTOL-MYERS SQUIBB | 97-CV-09373<br>97-CV-05057 | 2:95-10064<br>2:95-19468 | WVS 3:94-1106<br>WVS 3:95-0675 | 94-C-2319 |
| BOSLEY, FRANCES & CARL v. MEC | (NOT TRANSFERRED) | 2:95-18973 | WVS 2:95-0575 | 93-C-6057 |
| BRENNAN, ELAINE v. MEC | 97-CV-09058 | 2:95-18976 | WVS 2:95-0578 | 93-C-6058 |
| BROWN, BETTY v. DOW CORNING | 97-CV-09368 | 2:95-19463 | WVS 2:95-0790 | 94-C-2046 |
| BROWSKEY, NINA & WILLIAM v. DOW CORNING | 97-CV-09369 | 2:95-19464 | WVS 2:95-0791 | 94-C-2364 |
| BUNCH, CHRISTINA v. MEC | 97-CV-09103 | 2:95-19021 | WVS 2:95-0655 | 93-C-6128 |
| BURDETTE, PATSY v. DOW CORNING | 97-CV-09370 | 2:95-19465 | WVS 2:95-0792 | 94-C-2047 |
| BUSH, TONA & DANIEL v. MEC | 97-CV-09076 | 2:95-18994 | WVS 2:95-0596 | 93-C-6059 |
| BUTCHER, MARIAN v. MEC | 97-CV-09340 | 2:95-19435 | WVS 2:95-0614 | 93-C-6131 |
| CALDWELL, PAULINE & JAMES v. DOW CORNING | 97-CV-09124 | 2:95-19042 | WVS 2:95-0795 | 94-C-2048 |
| CALE, CRYSTAL & RICHARD v. MEC | 97-CV-09329 | 2:95-19424 | WVS 2:95-0603 | 93-C-6060 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

|  |  | CASE HISTORY | | |
|---|---|---|---|---|
| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC # | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| CAMPBELL, DELORES v. MEC | 97-CV-09356 | 2:95-19451 | WVS 2:95-0636 | 93-C-4752 |
| CANARY, MAUREEN & RONALD v. DOW CORNING | 97-CV-09371 | 2:95-19466 | WVS 2:95-0793 | 94-C-2326 |
| CARNEY, JUANITA & DANA v. DOW CORNING | 97-CV-09123 | 2:95-19041 | WVS 2:95-0794 | 94-C-2327 |
| CARTER, RITA & CECIL v. MEC | 97-CV-09357 | 2:95-19452 | WVS 2:95-0637 | 93-C-6132 |
| CASTANON, KAROLYN v. AUBREY V. MEC | 97-CV-09351 | 2:95-19446 | WVS 2:95-0631 | 93-C-4753 |
| CASTO, DONNA v. DOW CORNING | 97-CV-09055 | 2:95-18972 | WVS 2:95-0574 | 93-C-3259 |
| CHARLES, DONNA v. DOW CHEMICAL | 97-CV-09354 | 2:95-19449 | WVS 2:95-0634 | 93-C-3637 |
| CLAGG, BARBARA v. DOW CORNING | 97-CV-09335 | 2:95-19430 | WVS 2:95-0609 | 93-C-6149 |
| COBB, DEBBIE & RON v. MEC | 97-CV-09095 | 2:95-19013 | WVS 2:95-0647 | 93-C-6062 |
| COLEMAN, SHIRLEY & FLOYD v. MEC | 97-CV-09056 | 2:95-18974 | WVS 2:95-0576 | 93-C-4754 |
| COLLINS, AMANA v. DOW CORNING | 97-CV-09120<br>97-CV-09125 | 2:95-19038<br>2:95-19043 | WVS 2:95-0707<br>WVS 2:95-0796 | 94-C-2345 |
| COLLINS, WILLA & CLINTON v. DOW CORNING | 97-CV-09179 | 2:95-19105 | WVS 2:95-0918 | 93-C-2699 |
| CURRY, ANGELA & DANIEL v. MEC | 97-CV-09084 | 2:95-19002 | WVS 2:95-0629 | 93-C-4755 |
| CURRY, PHYLLIS & WILLIAM G. v. MEC | 97-CV-09332 | 2:95-19427 | WVS 2:95-0606 | 93-C-6063 |
| DAVIS, JOYCE v. DOW CORNING | 97-CV-09126 | 2:95-19044 | WVS 2:95-0797 | 94-C-2052 |
| DAY, DREMA v. MEC | 97-CV-09054 | 2:95-18971 | WVS 1:95-0683 | 93-C-6065 |
| DINGESS, SALLY MARTIN & CHARLES H. v. MEC | 97-CV-09745 | 2:96-10543 | WVS 5:95-0676 | 93-C-4758 |
| DIXON, PATRICIA & KENNETH v. DOW CORNING | 97-CV-09127 | 2:95-19045 | WVS 2:95-0798 | 94-C-2325 |
| DUNLAP, WILMA DELORES & MELVIN v. DOW CORNING | 97-CV-09178 | 2:95-19104 | WVS 2:95-0917 | 93-C-2699 |
| DURST, BETTY & BOBBY v. DOW CORNING | 97-CV-09128 | 2:95-19046 | WVS 2:95-0799 | 94-C-2053 |
| ELSWICK, FRANCES v. MEC | 97-CV-09109 | 2:95-19027 | WVS 2:95-0665 | 93-C-6067 |
| ENGLAND, GERALD & BRENDA v. MEC | 97-CV-09115 | 2:95-19033 | WVS 2:95-0679 | 93-C-6068 |
| ENNIS, DEBRA & B. KEITH v. MEC | 97-CV-09069 | 2:95-18987 | WVS 2:95-0589 | 93-C-6069 |
| ENNIS, RITA & DELMAR v. DOW CORNING | 97-CV-09129 | 2:95-19047 | WVS 2:95-0800 | 94-C-2333 |
| FANNIN, DONNA & JAMES v. DOW CORNING | 97-CV-09130 | 2:95-19048 | WVS 2:95-0801 | 94-C-2054 |
| FIELD, NANCY & GAYLE v. MEC | 97-CV-09062 | 2:95-18980 | WVS 2:95-0582 | 93-C-6070 |
| FOWLER, LORENE & CLARENCE v. DOW CORNING | 97-CV-09075 | 2:95-18993 | WVS 2:95-0595 | 93-C-3007 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| | | | CASE HISTORY | |
|---|---|---|---|---|
| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC # | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| FRIEND, BETTY S. & ROBERT W. v. DOW CHEMICAL | 97-CV-09327 | 2:95-19422 | WVS 2:95-0601 | 93-C-3635 |
| GERBER, JOAN v. DOW CORNING | 97-CV-09132 | 2:95-19050 | WVS 2:95-0803 | 94-C-2056 |
| GREENE, DOROTHY & OTIS v. DOW CORNING | 97-CV-09339 | 2:95-19434 | WVS 2:95-0613 | 93-C-3009 |
| GROVES, MIRANDA & ROGER v. DOW CORNING | 97-CV-09133 | 2:95-19051 | WVS 2:95-0804 | 94-C-2057 |
| HALSTEAD, PAMELA & DANNY E. v. MEC | 97-CV-09334 | 2:95-19429 | WVS 2:95-0608 | 93-C-6072 |
| HAMRICK, COLEEN & ERNEST F. v. MEC | 97-CV-09333 | 2:95-19428 | WVS 2:95-0607 | 93-C-4756 |
| HATFIELD, CHELSEA & CURTIS v. MEC | 97-CV-09081 | 2:95-18999 | WVS 2:95-0626 | 93-C-6135 |
| HAYSON, BRENDA & ROBERT R., SR. v. MEC | 97-CV-09326 | 2:95-19421 | WVS 2:95-0600 | 93-C-6075 |
| HELMONDOLLAR, CAROL & DANIEL v. DOW CORNING | 97-CV-09134 | 2:95-19052 | WVS 2:95-0805 | 94-C-2358 |
| HELVEY, PATRICIA v. MEC | 97-CV-09341 | 2:95-19436 | WVS 2:95-0615 | 93-C-6136 |
| HICKMAN, PATRICIA & MARION L. v. MEC | 97-CV-09086 | 2:95-19004 | WVS 2:95-0638 | 93-C-6009 |
| HOLSTEIN, SANDRA & CHARLES v. MEC | 97-CV-09092 | 2:95-19010 | WVS 2:95-0644 | 93-C-6075 |
| HOMBURG, KAY & JOHN REED v. DOW CORNING | 97-CV-09135 | 2:95-19053 | WVS 2:95-0806 | 94-C-2368 |
| HUMPHREYS, WILDA MAE & TOMMY v. MEC | 97-CV-09097 | 2:95-19015 | WVS 2:95-0649 | 93-C-6076 |
| HYLBERT, PATRICIA v. MEC | 97-CV-09099 | 2:95-19017 | WVS 2:95-0651 | 93-C-6137 |
| ILAR, ALICE & GEORGE v. DOW CORNING | 97-CV-09136 | 2:95-19054 | WVS 2:95-0807 | 94-C-2367 |
| JEFFRIES, SHIRLEY & JERRY v. DOW CORNING | 97-CV-09137 | 2:95-19055 | WVS 2:95-0808 | 94-C-2331 |
| JOHNSON, BETTY v. DOW CORNING | 97-CV-09138 | 2:95-19056 | WVS 2:95-0809 | 94-C-2059 |
| JOHNSON, JEAN v. DOW CORNING | 97-CV-09139 | 2:95-19057 | WVS 2:95-0810 | 94-C-2357 |
| JOHNSON, ROSALEE & WILLIAM E. v. MEC | 97-CV-09093 | 2:95-19011 | WVS 2:95-0645 | 93-C-6010 |
| JOHNSTON, CARMEN & DOWL v. DOW CORNING | 97-CV-09102 | 2:95-19020 | WVS 2:95-0654 | 93-C-3008 |
| KEELING, ALICE & BILLY v. MEC | 97-CV-09098 | 2:95-19016 | WVS 2:95-0650 | 93-C-6079 |
| KEENER, SHIRLEY & EDSIL L. v. MEC | 97-CV-09100 | 2:95-19018 | WVS 2:95-0652 | 93-C-6139 |
| KEENEY, GLORIA & REGINALD v. MEC | 97-CV-09342 | 2:95-19437 | WVS 2:95-0616 | 93-C-6080 |
| KELLER, RENA v. DOW CORNING | 97-CV-09140 | 2:95-19059 | WVS 2:95-0812 | 94-C-2061 |
| KIDD, DIANA L. & MELWOOD, JR. v. MEC | 97-CV-09355 | 2:95-19450 | WVS 2:95-0635 | 93-C-6081 |
| KINCAID, MARY & DANNY v. MEC | 97-CV-09071 | 2:95-18989 | WVS 2:95-0591 | 93-C-6083 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| | | CASE HISTORY | | |
|---|---|---|---|---|
| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC# | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| KING, JEAN (NELLIE) & MIKE v. MEC | 97-CV-09068 | 2:95-18986 | WVS 2:95-0588 | 93-C-6140 |
| KINGERY, CHARLENE v. MEC | 97-CV-09066 | 2:95-18984 | WVS 2:95-0586 | 93-C-6082 |
| KRAUSE, ARETA v. MEC | 97-CV-09338 | 2:95-19433 | WVS 2:95-0612 | 96-C-2533<br>96-C-2542 |
| KUHN, ROBERTA v. DOW CORNING | 97-CV-09141 | 2:95-19060 | WVS 2:95-0813 | 94-C-2355 |
| LAWHUN, BECKY v. DOW CORNING | 97-CV-09121 | 2:95-19061<br>2:95-19039 | WVS 2:95-0814<br>WVS 2:95-0708 | 94-C-2366 |
| LEACH, PAULA v. MEC | 97-CV-09337 | 2:95-19432 | WVS 2:95-0611 | 93-C-4757 |
| LOWE, LORETTA RUNYON v. MEC | 97-CV-09350 | 2:95-19445 | WVS 2:95-0624 | 93-C-6011 |
| LOWER, EDNA v. DOW CORNING | 97-CV-09142 | 2:95-19062 | WVS 2:95-0815 | 94-C-2063 |
| LUCAS, BEULAH T. & JERRY W. v. DOW CHEMICAL | 97-CV-09336 | 2:95-19431 | WVS 2:95-0610 | 93-C-3636 |
| MALONE, SHIRLEY v. DOW CORNING | 97-CV-09143 | 2:95-19063 | WVS 2:95-0816 | 94-C-2355 |
| MARCUM, DOROTHY & NATHAN v. DOW CORNING | 97-CV-09144 | 2:95-19064 | WVS 2:95-0817 | 94-C-2354 |
| MARSH, MARILYN & JAMES v. DOW CORNING | 97-CV-09145 | 2:95-19065 | WVS 2:95-0818 | 94-C-2365 |
| MARTIN, TERESA & TERRY v. DOW CORNING | 97-CV-09122 | 2:95-19066<br>2:95-19040 | WVS 2:95-0819<br>WVS 2:95-0709 | 94-C-2064 |
| MASTON, REINA v. DOW CORNING | 97-CV-09146 | 2:95-19067 | WVS 2:95-0820 | 94-C-2066 |
| MATICS, FAYE H. & DENNIS v. MEC | 97-CV-09347 | 2:95-19442 | WVS 2:95-0621 | 93-C-6142 |
| MAYNARD, BETTY v. MEC | 97-CV-09105 | 2:95-19023 | WVS 2:95-0657 | 93-C-6087 |
| MAYNARD, DEBORAH GILLISPIE v. DOW CORNING | 97-CV-09147 | 2:95-19068 | WVS 2:95-0821 | 94-C-2338 |
| McATEE, JENNIE SMITH v. DOW CORNING | 97-CV-09157 | 2:95-19079 | WVS 2:95-0832 | 94-C-2067 |
| McCOY, BEVERLY & WILLIAM T. v. MEC | 97-CV-09106 | 2:95-19024 | WVS 2:95-0658 | 93-C-6012 |
| McNEAL, MARY & PAUL v. DOW CORNING | 97-CV-09091 | 2:95-19009 | WVS 2:95-0643 | 93-C-6148 |
| MEADOWS, BRENDA KOCH v. MEC | 97-CV-09090 | 2:95-19008 | WVS 2:95-0642 | 93-C-6141 |
| MESSER, BARBARA & MELVIN v. MEC | 97-CV-09089 | 2:95-19007 | WVS 2:95-0641 | 93-C-6088 |
| MILES, ANNA v. DOW CORNING | 97-CV-09148 | 2:95-19070 | WVS 2:95-0823 | 94-C-2350 |
| MILLER, DELMA MARIE v. DOW CORNING | 97-CV-09149 | 2:95-19071 | WVS 2:95-0824 | 94-C-2069 |
| MILLER, DOSHIA & KENNETH v. DOW CORNING | 97-CV-09150 | 2:95-19072 | WVS 2:95-0825 | 94-C-2341 |
| MONK, DORA v. DOW CORNING | 97-CV-09151 | 2:95-19073 | WVS 2:95-0826 | 94-C-2349 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| | | CASE HISTORY | | |
|---|---|---|---|---|
| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC # | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| MONROE, DONNA & HERMAN v. DOW CORNING | 97-CV-09152 | 2:95-19074 | WVS 2:95-0827 | 94-C-2352 |
| MOORE, CAROL SUE v. DOW CORNING | 97-CV-09153 | 2:95-19075 | WVS 2:95-0828 | 94-C-2070 |
| MORTON, MARY FRANCIS v. DOW CORNING | 97-CV-09094 | 2:95-19012 | WVS 2:95-0646 | 93-C-5950 |
| MUNDY, VONNA v. MEC | 97-CV-09083 | 2:95-19001 | WVS 2:95-0628 | 93-C-6092 |
| MURPHY, ROSE & EVERETTE v. DOW CORNING | 97-CV-09154 | 2:95-19076 | WVS 2:95-0829 | 94-C-2340 |
| MYERS, BARBARA SUE & JAMES H. v. DOW CORNING | 97-CV-09082 | 2:95-19000 | WVS 2:95-0627 | 93-C-6147 |
| NELSON, VIVENE & DONALD v. DOW CORNING | 97-CV-09155 | 2:95-19077 | WVS 2:95-0830 | 94-C-2072 |
| NORMAN, MARLENE v. DOW CORNING | 97-CV-09156 | 2:95-19078 | WVS 2:95-0831 | 94-C-2074 |
| NORRIS, CAREN & CHARLES v. DOW CORNING | 97-CV-09159 | 2:95-19081 | WVS 2:95-0834 | 94-C-2339 |
| NUNLEY, PEGGY v. MEC | 97-CV-09331 | 2:95-19426 | WVS 2:95-0605 | 93-C-6094 |
| PARSONS, WANDA & FRANKLIN v. MEC | 97-CV-09080 | 2:95-18998 | WVS 2:95-0625 | 93-C-6095 |
| PATRICK, KIMBERLY v. DOW CORNING | 97-CV-09160 | 2:95-19083 | WVS 2:95-0836 | 94-C-2075 |
| PAULEY, REBECCA v. MEC | 97-CV-09353 | 2:95-19448 | WVS 2:95-0633 | 93-C-6143 |
| PETERS, HELEN & ALBERT v. MEC | 97-CV-09352 | 2:95-19447 | WVS 2:95-0632 | 93-C-6096 |
| PETERS, PIERRETTE & JOHN A. v. MEC | 97-CV-09085 | 2:95-19003 | WVS 2:95-0630 | 93-C-4759 |
| PIERCE, MARGARET v. MEC | 97-CV-09330 | 2:95-19425 | WVS 2:95-0604 | 93-C-6097 |
| QUEEN, MARY JEWELL & ZENIS v. MEC | 97-CV-09057 | 2:95-18975 | WVS 2:95-0577 | 93-C-6098 |
| QUINET, PATRICIA v. DOW CHEMICAL CO. | 97-CV-09061 | 2:95-18979 | WVS 2:95-0581 | 93-C-4765 |
| RAKES, RITA MONARCHY & MONARCHY, JAMES v. MEC | 97-CV-09087 | 2:95-19005 | WVS 2:95-0639 | 93-C-6091 |
| RAMSEY, PENNY v. MEC | 97-CV-09348 | 2:95-19443 | WVS 2:95-0622 | 93-C-6100 |
| RAY, ROSE v. DOW CORNING | 97-CV-09162 | 2:95-19085 | WVS 2:95-0838 | 94-C-2346 |
| RICH, SHERRY v. MEC | 97-CV-09346 | 2:95-19441 | WVS 2:95-0620 | 93-C-6144 |
| ROBERTSON, LORETTA & ROBERT v. MEC | 97-CV-09344 | 2:95-19439 | WVS 2:95-0618 | 93-C-6102 |
| ROSS, ILAH & EDDIE v. DOW CORNING | 97-CV-09163 | 2:95-19086 | WVS 2:95-0839 | 94-C-2079 |
| RUSH, VIRGINIA v. MEC | 97-CV-09345 | 2:95-19440 | WVS 2:95-0619 | 93-C-6099 |
| SAMPSON, NAOMI v. DOW CORNING | (NOT TRANSFERRED) | 2:95-19087 | WVS 2:95-0840 | 94-C-2336 |
| SHAFER, ALTA & LON G. v. MEC | 97-CV-09067 | 2:95-18985 | WVS 2:95-0587 | 93-C-4760 |

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| | | CASE HISTORY | | |
|---|---|---|---|---|
| SHORT CASE CAPTION | M.E CASE # | ALN CASE # | PRIOR USDC# | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
| SHEPHERD, CAROLYN v. MENTOR | 97-CV-09116 | 2:95-19034 | WVS 2:95-0680 | 93-C-3452 |
| SHORT, DIXIE & LARRY v. DOW CORNING | 97-CV-09164 | 2:95-19088 | WVS 2:95-0841 | 94-C-2320 |
| SHORTER, DIANN v. DOW CORNING | 97-CV-09165 | 2:95-19089 | WVS 2:95-0842 | 94-C-2083 |
| SIDERS, HELEN & MAEPHILE v. MEC | 97-CV-09060 | 2:95-18978 | WVS 2:95-0580 | 93-C-6103 |
| SISSON, JANE <DECEASED>, MICHAEL BLAINE <EXECUTOR> & BLAINE <HUSBAND> v. DOW CORNING | 97-CV-09177 | 2:95-19102 | WVS 2:95-0915 | 93-C-8452 |
| SMITH, BELINDA & TERRY v. MENTOR | 97-CV-09349 | 2:95-19444 | WVS 2:95-0623 | 93-C-6582 |
| SPARACINO, LYNDIA & ANTHONY v. DOW CORNING | 97-CV-09166 | 2:95-19090 | WVS 2:95-0843 | 94-C-2321 |
| SPARKS, SANDRA & ROGER v. MEC | 97-CV-09077 | 2:95-18995 | WVS 2:95-0597 | 93-C-6145 |
| SPRATT, KATHERN & RONDELL v. MEC | 97-CV-09078 | 2:95-18996 | WVS 2:95-0598 | 93-C-6105 |
| STAATS, BETTY v. DOW CORNING | 97-CV-09167 | 2:95-19091 | WVS 2:95-0844 | 94-C-2085 |
| STAPLETON, DARLA & LUTHER v. MEC | 97-CV-09079 | 2:95-18997 | WVS 2:95-0599 | 93-C-6105 |
| STEELE, REBA & LOFTIS R. v. MEC | 97-CV-09074 | 2:95-18992 | WVS 2:95-0594 | 93-C-6107 |
| STEINBECK, JO & CRISS v. DOW CORNING | 97-CV-09168 | 2:95-19092 | WVS 2:95-0845 | 94-C-2084 |
| STEPHENS, BETTY (VALERIE L.) & JERRY W. v. DOW CHEMICAL CO. | 97-CV-09112 | 2:95-19030 | WVS 2:95-0668 | 93-C-3680 |
| STEVENS, VICKIE & JAY v. DOW CORNING | (NOT TRANSFERRED) | 2:95-19093 | WVS 2:95-0846 | 94-C-2322 |
| STRIGLE, BRENDA & JOHN v. DOW CORNING | 97-CV-09169 | 2:95-19094 | WVS 2:95-0847 | 94-C-2096 |
| TAYLOR, CAROLYN & HAROLD v. MEC | 97-CV-09746 | 2:96-10544 | WVS 5:95-0677 | 93-C-6108 |
| THOMAS, CAREY v. MEC | 97-CV-09111 | 2:95-19029 | WVS 2:95-0667 | 93-C-6109 |
| THOMPSON, JUDITH & LEWIS GENE v. MEC | 97-CV-09113 | 2:95-19031 | WVS 2:95-0669 | 93-C-6110 |
| TREADWAY, SHARON MILLER v. MEC (MILLER v. MEC) | 97-CV-09088 | 2:95-19006 | WVS 2:95-0640 | 93-C-6090 |
| VANSCYOC, STAR & VIRGIL J. v. DOW CORNING | 97-CV-09180 | 2:95-19106 | WVS 2:95-0919 | 93-C-8453 |
| VARNER, JANICE & KENNETH v. DOW CORNING | 97-CV-09171 | 2:95-19096 | WVS 2:95-0849 | 94-C-2330 |
| WALKER, CARROL & MITCHELL v. DOW CHEMICAL CO. | 97-CV-09114 | 2:95-19032 | WVS 2:95-0678 | 93-C-5169 |
| WATERS, DEBORAH & JO EDWIN v. DOW CORNING | 97-CV-09172 | 2:95-19097 | WVS 2:95-0850 | 94-C-2329 |
| WEESE, AUDREY v. BRISTOL-MYERS SQUIBB | 97-CV-09110 | 2:95-19028 | WVS 2:95-0666 | 93-C-3260 |
| WESTFALL, LOIS & BOBBY v. DOW CORNING | 97-CV-09173 | 2:95-19098 | WVS 2:95-0851 | 94-C-2088 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
SILICONE GEL BREAST IMPLANT
PRODUCTS LIABILITY LITIGATION

Master File No. CV-92-P-10000-S

APPENDIX A TO SUBSTANTIVE STIPULATION OF DISMISSAL BY
WEST VIRGINIA BREAST IMPLANT SETTLING DEFENDANTS

| SHORT CASE CAPTION | MIE CASE # | ALN CASE # | PRIOR USDC## | ST. CT. CASE # (KANAWHA COUNTY CIRCUIT COURT, CHARLESTON, WV 25301) |
|---|---|---|---|---|
| WHITBECK, INA PATRICIA v. DOW CORNING | 97-CV-09174 | 2:95-19099 | WVS 2:95-0852 | 94-C-2089 |
| WHITE, CONNIE VANHOOSE v. MEC | 97-CV-09847 | 2:96-10687 | WVS 6:95-0674 | 93-C-6112 |
| WHITE, M. SUE & BRUCE v. MEC | 97-CV-09846 | 2:96-10686 | WVS 6:95-0663 | 93-C-6146 |
| WILLIAMS, JEANNIE v. MEC | 97-CV-09744 | 2:96-10542 | WVS 5:95-0662 | 93-C-6111 |
| WILLIAMS, MARJORIE & ROGER v. DOW CORNING | 97-CV-09070 | 2:95-19103 | WVS 2:95-0916 | 93-C-8454 |
| WILLIAMS, NANCY WALDEN v. DOW CORNING | 97-CV-09175 | 2:95-19100 | WVS 2:95-0853 | 94-C-2090 |
| WILLIAMSON, EMMA & ARTHUR J. v. MEC | 97-CV-09118 | 2:95-19036 | WVS 2:95-0682 | 93-C-6015 |
| WILLIS, SANDRA SCHLUTER v. MEC | 97-CV-09107 | 2:95-19025 | WVS 2:95-0661 | 93-C-6101 |
| WINTERS, JOYCE & VIRGIL v. DOW CORNING | 97-CV-09176 | 2:95-19101 | WVS 2:95-0854 | 94-C-2091 |
| WITHROW, MARY v. MEC | 97-CV-09372 | 2:95-19467 | WVS 3:95-0660 | 93-C-6113 |
| WOODS, BETTY & KENNETH v. MEC | 97-CV-09119 | 2:95-19037 | WVS 2:95-0706 | 93-C-6016 |
| WYMER, CHARLENE v. AMERICAN HEYER-SCHULTE | 97-CV-09108 | 2:95-19026 | WVS 2:95-0664 | 93-C-5822 |
| ZANOLLI, LESLIE v. McGHAN MEDICAL | 97-CV-09117 | 2:95-19035 | WVS 2:95-0681 | 93-C-3576 |

October 23, 1997